# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 15, 2013

### NO. 03-12-00144-CV

**FM Express Food Mart, Inc. and Fouad Hanna Mekdessi, Appellants**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State Of Texas, and Greg Abbott, Attorney General of the State of Texas, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.